# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147904

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOE GUY GALVAN,
        Defendant-Appellant.

SC: 147904
COA: 299814
St. Clair CC: 10-000598-FC

_____/

On order of the Court, the application for leave to appeal the September 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

s0319